**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Daggart Bernard Frazier, Appellant.

Appellate Case No. 2014-001178

———————

Appeal From Aiken County
Donald B. Hocker, Circuit Court Judge

———————

Unpublished Opinion No. 2015-UP-319
Submitted March 1, 2015 – Filed July 1, 2015

———————

**APPEAL DISMISSED**

———————

Appellate Defender Robert M. Pachak, of Columbia; and
Daggart Bernard Frazier, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Salley W. Elliott,
both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, LOCKEMY, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.